JAN 3 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

KIMBERLY T. LOVETT,

      Plaintiff,

v.                                                Civil Action No. 4:17cv73

TRANSPORTATION DISTRICT COMMISSION
OF HAMPTON ROADS,
d/b/a HAMPTON ROADS TRANSIT,

      Defendant.

## ORDER

This matter comes before the Court on the Plaintiff and Defendant's Joint Motion for Settlement Approval. Doc. 50. A hearing regarding this motion is set for January 16, 2019 at 11:00 a.m. As a copy of the parties' settlement agreement has not been provided to the Court, the Court **ORDERS** the parties to provide the Court with a copy of their settlement agreement on or before the hearing date.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

It is so **ORDERED**.

                                                                     /s/
                                          Henry Coke Morgan, Jr.
                                          Senior United States District Judge
                                          HENRY COKE MORGAN, JR.
                                          SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 3rd, 2019